# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: MOTION TO COMPEL COMPLIANCE WITH SUBPOENA DIRECTED TO THE UNITED STATES COAST GUARD | Case: 1:24–mc–00092<br>Assigned To : Friedrich, Dabney L.<br>Assign. Date : 7/24/2024<br>Description: Misc. (O–Deck) |
| STUDENTS FOR FAIR ADMISSIONS,<br><br>          *Plaintiff*,<br><br>V.<br><br>THE UNITED STATES NAVAL ACADEMY, *et al.*,<br><br>          *Defendants*. | Related Case:<br>No. 1:23-cv-02699<br>(District of Maryland) |

## STUDENTS FOR FAIR ADMISSIONS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Pursuant to Federal Rules of Civil Procedure 26, 37, and 45, and Local Civil Rule 7, Movant Student for Fair Admissions ("SFFA") respectfully moves this Court to compel non-party the United States Coast Guard to comply with a subpoena served in this district. Pursuant to Local Civil Rule 7(m), Plaintiff has conferred with the United States Coast Guard, which opposes this motion. A proposed order is included with this motion.

SFFA seeks information about the Coast Guard's admissions procedures and its use of race-neutral strategies in its admissions process. This information is exclusively within the Coast Guard's possession and relevant to SFFA's case against the United States Naval Academy. The documents SFFA seeks are relevant and producing them would not result in any undue burden to the Coast Guard.

1

For these reasons, and those stated more fully in the accompanying brief, SFFA respectfully requests that this Court grant this motion and enter an order compelling the Coast Guard to produce the requested documents within fourteen days from the Court's order.

Date: July 24, 2024

Respectfully submitted,

*/s/ J. Michael Connolly*

J. Michael Connolly
Thomas R. McCarthy
Cameron T. Norris
Brandon Haase
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
mike@consovoymccarthy.com
cam@consovoymccarthy.com
brandon@consovoymccarthy.com

*Counsel for Movant Students for Fair Admissions*

## CERTIFICATE OF SERVICE

On July 24, 2024, I hereby certify that I served this filing on counsel of record listed below by email and first-class mail, postage pre-paid:

Joshua Gardner
Civil Division, Federal Programs Branch
UNITED STATES DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue NW
Washington, DC 20530
Tel: (202) 514-4336
joshua.e.gardner@usdoj.gov

*Counsel for the United States Naval Academy*

Brian Judge
Office of Claims and Litigation
UNITED STATES COAST GUARD
Commandant CG-LCL,
US Coast Guard HQ,
2703 Martin Luther King Jr. Ave. SE,
Stop 7213,
Washington, DC 20593-7213
(202) 372-3740
brian.judge@uscg.mil

*Counsel for the United States Coast Guard*

By: /s/ Brandon Haase
Brandon Haase (DC Bar No. 1616834)
Consovoy McCarthy PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
brandon@consovoymccarthy.com

*Counsel for Movant
Students for Fair Admissions*