# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: MOTION TO COMPEL COMPLIANCE WITH SUBPOENA DIRECTED TO THE UNITED STATES COAST GUARD | Case: 1:24−mc−00092<br>Assigned To : Friedrich, Dabney L.<br>Assign. Date : 7/24/2024<br>Description: Misc. (O−Deck) |
| STUDENTS FOR FAIR ADMISSIONS,<br><br>                   *Plaintiff*,<br><br>V.<br><br>THE UNITED STATES NAVAL ACADEMY, *et al.*,<br><br>                   *Defendants*. | Related Case:<br>No. 1:23-cv-02699<br>(District of Maryland) |

## **PROPOSED ORDER COMPELLING PRODUCTION OF DOCUMENTS**

Upon review of Movant Students for Fair Admissions' Motion to Compel Production of Documents to the United States Coast Guard, the supporting motion papers, the applicable law, and the record herein, the Court finds that good cause exists for Students for Fair Admissions' Motion and therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. Students for Fair Admissions' Motion to Compel is hereby **GRANTED**;

2. The United States Coast Guard is hereby ordered to produce documents in response to Students for Fair Admissions' subpoena *duces tecum* within 14 days of entry of this Order.

Dated: _____

                                                                                      _____<br>
                                                                                      United States District Court Judge<br>
                                                                                      District of Columbia

<div style="display: flex;">

<div>

Thomas R. McCarthy  
J. Michael Connolly  
Cameron T. Norris  
Brandon Haase  
CONSOVOY MCCARTHY PLLC  
1600 Wilson Blvd., Suite 700  
Arlington, VA 22209  
(703) 243-9423  
tom@consovoymccarthy.com  
mike@consovoymccarthy.com  
cam@consovoymccarthy.com  
brandon@consovoymccarthy.com  

*Counsel for Students for Fair Admissions*

</div>

<div>

Brian Judge  
Office of Claims and Litigation  
UNITED STATES COAST GUARD  
Commandant CG-LCL,  
US Coast Guard HQ,  
2703 Martin Luther King Jr. Ave. SE,  
Stop 7213,  
Washington, DC 20593-7213  
(202) 372-3740  
brian.judge@uscg.mil  

*Counsel for the United States Coast Guard*

</div>

</div>

2