CO-386
10/2018

# United States District Court
# For the District of Columbia

Students for Fair Admissions )
)
)
)
vs    Plaintiff )
)
United States Coast Guard )
)
)
)
Defendant )

Case: 1:24–mc–00092
Assigned To : Friedrich, Dabney L.
Assign. Date : 7/24/2024
Description: Misc. (O–Deck)

Civil Action No._____

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Students for Fair Admissions__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Students for Fair Admissions__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

1616834
BAR IDENTIFICATION NO.

Brandon Haase
Print Name

1600 Wilson Blvd., Suite 700
Address

Arlington,    VA    2209
City         State  Zip Code

(703) 243-9423
Phone Number