| | |
|---|---|
| IN RE: MOTION TO COMPEL COMPLIANCE WITH SUBPOENA DIRECTED TO THE UNITED STATES COAST GUARD | Case: 1:24−mc−00092<br>Judge Dabney L. Friedrich, |
| STUDENTS FOR FAIR ADMISSIONS,<br><br>     *Plaintiff*,<br>V.<br><br>THE UNITED STATES NAVAL ACADEMY, *et al.*,<br><br>     *Defendants*. | Related Case:<br>No. 1:23-cv-02699<br>(District of Maryland) |

## CERTIFICATE OF SERVICE

   On July 26, 2024, I hereby certify that I served this filing on counsel of record listed below by email and first-class mail, postage pre-paid:

| | |
|---|---|
| Joshua Gardner<br>Civil Division, Federal Programs Branch<br>UNITED STATES DEPARTMENT OF JUSTICE<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530<br>Tel: (202) 514-4336<br>joshua.e.gardner@usdoj.gov<br><br>*Counsel for the United States Naval Academy* | Brian Judge<br>Office of Claims and Litigation<br>UNITED STATES COAST GUARD<br>Commandant CG-LCL,<br>US Coast Guard HQ,<br>2703 Martin Luther King Jr. Ave. SE,<br>Stop 7213,<br>Washington, DC 20593-7213<br>(202) 372-3740<br>brian.judge@uscg.mil<br><br>*Counsel for the United States Coast Guard*<br><br>By: /s/ *Brandon Haase*<br>Brandon Haase<br><br>*Counsel for Movant*<br>*Students for Fair Admissions* |