AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Students for Fair Admissions | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-mc-00092-DLF |
| United States Coast Guard | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Students for Fair Admissions.

Date: 07/26/2024

/s/ Thomas McCarthy
*Attorney's signature*

Thomas R. McCarthy (#489651)
*Printed name and bar number*

1600 Wilson Blvd, Ste. 700
Arlington, VA 22209

*Address*

tom@consovoymccarthy.com
*E-mail address*

(703) 243-9423
*Telephone number*

(703) 243-8696
*FAX number*