# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: MOTION TO COMPEL COMPLIANCE WITH SUBPOENA DIRECTED TO THE UNITED STATES COAST GUARD | Case: 1:24−mc−00092<br>Judge Dabney L. Friedrich, |
| STUDENTS FOR FAIR ADMISSIONS,<br><br>    *Plaintiff*,<br>V.<br><br>THE UNITED STATES NAVAL ACADEMY, *et al.*,<br><br>    *Defendants*. | Related Case:<br>No. 1:23-cv-02699<br>(District of Maryland) |

## CERTIFICATE OF SERVICE

On July 26, 2024, I hereby certify that I served this filing on counsel of record listed below by email and first-class mail, postage pre-paid:

Joshua Gardner
Civil Division, Federal Programs Branch
UNITED STATES DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue NW
Washington, DC 20530
Tel: (202) 514-4336
joshua.e.gardner@usdoj.gov

*Counsel for the United States Naval Academy*

Brian Judge
Office of Claims and Litigation
UNITED STATES COAST GUARD
Commandant CG-LCL,
US Coast Guard HQ,
2703 Martin Luther King Jr. Ave. SE,
Stop 7213,
Washington, DC 20593-7213
(202) 372-3740
brian.judge@uscg.mil

*Counsel for the United States Coast Guard*

By: /s/ *Brandon Haase*
Brandon Haase

*Counsel for Movant*
*Students for Fair Admissions*

1