**U.S. District Court**
**District of Columbia (Washington, DC)**
**CIVIL DOCKET FOR CASE #: 1:24−mc−00092−DLF**

| | |
|---|---|
| IN RE MOTION TO COMPEL COMPLIANCE WITH SUBPOENA DIRECTED TO THE UNITED STATES COAST GUARD<br>Assigned to: Judge Dabney L. Friedrich<br>Cause: Motion to Compel | Date Filed: 07/24/2024<br>Jury Demand: None<br>Nature of Suit: 890 Other Statutory Actions<br>Jurisdiction: Federal Question |

**In Re**

**MOTION TO COMPEL COMPLIANCE WITH SUBPOENA DIRECTED TO THE UNITED STATES COAST GUARD**

**Petitioner**

**STUDENTS FOR FAIR ADMISSIONS**　　　　represented by　**Brandon Haase**
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard
Suite 700
Arlington, VA 22209
864−421−4575
Email: brandon@consovoymccarthy.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Michael Connolly**
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard
Suite 700
Arlington, VA 22209
703−243−9423
Fax: 703−243−9423
Email: mike@consovoymccarthy.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cameron Thomas Norris**
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd.
Suite 700
Arlington, VA 22209
(703) 243−9423
Email: cam@consovoymccarthy.com
*ATTORNEY TO BE NOTICED*

**Thomas R. McCarthy**
CONSOVOY MCCARTHY, PLLC
1600 Wilson Boulevard
Suite 700
Arlington, VA 22209
703−243−9423
Email: tom@consovoymccarthy.com

V.

**Respondent**

| | |
|---|---|
| **UNITED STATES COAST GUARD** | represented by **Catherine Yang**<br>1100 L Street NW<br>Washington, DC 20005<br>202−514−4336<br>Email: catherine.m.yang@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/24/2024 | 1 | MOTION to Compel ( Filing fee $ 52 receipt number 207823.) filed by STUDENTS FOR FAIR ADMISSIONS. (Attachments: # 1 Memorandum in Support, # 2 Declaration, # 3 Text of Proposed Order)(znmw) (Entered: 07/25/2024) |
| 07/24/2024 | 2 | NOTICE OF RELATED CASE by STUDENTS FOR FAIR ADMISSIONS. Case related to Case No. 23cv2699 (Maryland). (znmw) (Entered: 07/25/2024) |
| 07/24/2024 | 3 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by STUDENTS FOR FAIR ADMISSIONS (znmw) (Entered: 07/25/2024) |
| 07/26/2024 | 4 | NOTICE of Appearance by Cameron Thomas Norris on behalf of STUDENTS FOR FAIR ADMISSIONS (Attachments: # 1 Certificate of Service)(Norris, Cameron) (Entered: 07/26/2024) |
| 07/26/2024 | 5 | NOTICE of Appearance by Thomas R. McCarthy on behalf of STUDENTS FOR FAIR ADMISSIONS (Attachments: # 1 Certificate of Service)(McCarthy, Thomas) (Entered: 07/26/2024) |
| 07/26/2024 |  | MINUTE ORDER. In light of the September 16 trial date for the related litigation, the defendants shall file a response to plaintiffs' 1 Motion to Compel on or before August 1, 2024. The plaintiffs shall file any reply on or before August 7, 2024. So Ordered by Judge Dabney L. Friedrich on July 26, 2024. (lcdlf1) (Entered: 07/26/2024) |
| 07/26/2024 |  | Set/Reset Deadlines: Responses due by 8/1/2024. Replies due by 8/7/2024. (zjch, ) (Entered: 07/29/2024) |
| 08/01/2024 | 6 | RESPONSE re 1 Motion to Compel filed by UNITED STATES COAST GUARD. (Attachments: # 1 Exhibit 1 – Judge Declaration, # 2 Exhibit 2 – Behnke Declaration)(Yang, Catherine) (Entered: 08/01/2024) |
| 08/05/2024 | 7 | REPLY re 6 Response to motion filed by STUDENTS FOR FAIR ADMISSIONS. (Attachments: # 1 Exhibit A)(McCarthy, Thomas) (Entered: 08/05/2024) |
| 08/05/2024 | 8 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by STUDENTS FOR FAIR ADMISSIONS (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit B, # 2 Exhibit C, # 3 Exhibit D, # 4 Exhibit E)(McCarthy, Thomas) (Entered: 08/05/2024) |
| 08/06/2024 |  | MINUTE ORDER granting the defendant's 8 Sealed Motion for Leave to File Document Under Seal, in light of the protective order in the underlying case. *See Students for Fair Admissions v. The United States Naval Academy*, No. 1:23−cv−2699, Dkts. 62−63 (D. Md). Accordingly, the defendant's 8 attached exhibits are filed under seal. So Ordered by Judge Dabney L. Friedrich on August 6, 2024. |

| | | |
|---|---|---|
| | | (lcdlf1) (Entered: 08/06/2024) |
| 08/07/2024 | 9 | ORDER transferring 1 Motion to Compel to the United States District Court for the District of Maryland. See text for details. Signed by Judge Dabney L. Friedrich on August 7, 2024. (lcdlf1) (Entered: 08/07/2024) |
| 08/07/2024 | | Set/Reset Deadlines: Transfer due by 8/17/2024. (zjch, ) (Entered: 08/07/2024) |